## Richmond

DORCAS LOUISE WOLGEMUTH BAUGHER v. JOHN O. BAUGHER.

May 25, 1972.

Record No. 7843.

Present, Snead, C.J., I'Anson, Carrico, Gordon, Harrison and Harman, JJ.

*Humes J. Franklin, Jr. (Franklin, Poindexter & Franklin,* on brief), for appellant.

*Carter R. Allen (Allen & Dalton,* on brief), for appellee.

*Decree affirmed* without opinion by equally divided Court.